```
SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

BRIGID S. MARTIN (CASBN 231705)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7129

Attorneys for the United States of America
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0209 SI |
| Plaintiff, ) | |
| v. ) | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| RICARDO PEREZ-GARCIA, ) a/k/a Hector Garcia, ) a/k/a Juan Reyes, ) | |
| Defendant. ) | |

To the Honorable Susan Illston, United States District Court Judge in the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Ricardo Perez-Garcia, a/k/a Hector Garcia, a/k/a Juan Reyes. The prisoner is required to appear as the defendant in the above-referenced matter FORTHWITH for his initial appearance before the Duty Magistrate Judge. His place of custody

//

//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 07-0209 SI

1  //
2  and jailor are set forth in the following writ.
3
4  DATED: April 23, 2007            Respectfully submitted,
5                                   SCOTT N. SCHOOLS
                                    United States Attorney
6
7                                     /s/ Brigid S. Martin
                                    BRIGID S. MARTIN
8                                   Special Assistant United States Attorney
9
10 IT IS SO ORDERED.
11
12 DATED: _____
13
14                                  _____
15                                  HON. SUSAN ILLSTON
                                    United States District Court Judge

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 07-0209 SI                               2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and Robert L. Ayers, Jr., Warden of San Quentin State Prison, 13 Main Street, San Quentin, California 94964:

**GREETINGS**

The prisoner RICARDO PEREZ-GARCIA, a/k/a Hector Garcia, a/k/a Juan Reyes (D.O.B. 06/24/67; CDC# T84570), is now in custody in San Quentin State Prison. He is required to appear on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner before the Duty Magistrate Judge of the Northern District of California FORTHWITH. You shall bring him before the Duty Magistrate Judge, 450 Golden Gate Avenue, 15th Floor, San Francisco, California, as soon as possible. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, he be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies under this writ.

WITNESS the Honorable Susan Illston, United States District Court Judge of the United States District Court for the Northern District of California.


Dated:                                  CLERK OF COURT
                                         UNITED STATES DISTRICT COURT
                                         NORTHERN DISTRICT OF CALIFORNIA

                                         _____
                                         DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 07-0209 SI