1 SCOTT N. SCHOOLS (SC 9990)
  United States Attorney
2
3 MARK L. KROTOSKI (CASBN 138549)
  Chief, Criminal Division
4
  BRIGID S. MARTIN (CASBN 231705)
5 Assistant United States Attorney

6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
7    Telephone: (415) 436-7129

8 Attorneys for the United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,          )    No. CR 07-0209 SI
                                      )
14        Plaintiff,                  )
                                      )    **PETITION FOR WRIT OF HABEAS**
15        v.                          )    **CORPUS AD PROSEQUENDUM**
                                      )
16 RICARDO PEREZ-GARCIA,              )
        a/k/a Hector Garcia,          )
17      a/k/a Juan Reyes,             )
                                      )
18        Defendant.                  )
                                      )
19

20        To the Honorable Susan Illston, United States District Court Judge in the United States

21 District Court for the Northern District of California:

22        The United States of America respectfully petitions the Court to issue a Writ of Habeas

23 Corpus Ad Prosequendum for the prisoner Ricardo Perez-Garcia, a/k/a Hector Garcia, a/k/a

24 Juan Reyes. The prisoner is required to appear as the defendant in the above-referenced matter

25 FORTHWITH for his initial appearance before the Duty Magistrate Judge. His place of

26 custody

27 //

28 //

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 07-0209 SI

//

and jailor are set forth in the following writ.

DATED: April 23, 2007        Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

  /s/ Brigid S. Martin
BRIGID S. MARTIN
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 4/24/07

_____
HON. SUSAN ILLSTON
United States District Court Judge

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 07-0209 SI      2

|   |   |
|---|---|
| 1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2 | To Federico Rocha, United States Marshal for the Northern District of California; any of his |
| 3 | authorized deputies; and Robert L. Ayers, Jr., Warden of San Quentin State Prison, 13 Main |
| 4 | Street, San Quentin, California 94964: |
| 5 | **GREETINGS** |
| 6 | The prisoner RICARDO PEREZ-GARCIA, a/k/a Hector Garcia, a/k/a Juan Reyes |
| 7 | (D.O.B. 06/24/67; CDC# T84570), is now in custody in San Quentin State Prison. He is |
| 8 | required to appear on criminal charges now pending against him in the United States District |
| 9 | Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, |
| 10 | California 94102. Accordingly, |
| 11 | WE COMMAND that you produce the prisoner before the Duty Magistrate |
| 12 | Judge of the Northern District of California FORTHWITH. You shall bring him before the |
| 13 | Duty Magistrate Judge, 450 Golden Gate Avenue, 15th Floor, San Francisco, California, as soon |
| 14 | as possible. You shall produce the prisoner at all times necessary until the termination of the |
| 15 | proceedings in this Court. Immediately thereafter, you shall return the prisoner to the |
| 16 | above-referenced institution, or abide by whatever further order the Court may make concerning |
| 17 | his custody. |
| 18 | WE FURTHER COMMAND that if the prisoner is to be released from custody |
| 19 | in the above-referenced institution, he be IMMEDIATELY delivered to the United States |
| 20 | Marshal or any of his authorized deputies under this writ. |
| 21 | WITNESS the Honorable Susan Illston, United States District Court Judge of the |
| 22 | United States District Court for the Northern District of California. |
| 23 |   |
| 24 | Dated: 4/26/07       CLERK OF COURT |
| 25 |                      UNITED STATES DISTRICT COURT |
| 26 |                      NORTHERN DISTRICT OF CALIFORNIA |
| 27 |                      _____ |
|    |                      DEPUTY CLERK |
| 28 |   |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 07-0209 SI