BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant REYES-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0209 SI |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | ) ) | |
| JUAN REYES-GARCIA, aka Ricardo Perez-Garcia, | ) ) ) | |
| Defendant. | ) | |

On May 4, 2007 defendant Juan Reyes-Garcia made his initial appearance on an indictment charging him with illegal reentry, in violation of 8 U.S.C. § 1326. On May 9, 2007, Mr. Reyes-Garcia waived a detention hearing without prejudice. The magistrate advised the parties that Mr. Reyes-Garcia's initial appearance before this Court was required to be set on this Court's first available criminal calendar, and that any continuances must be sought directly from this Court. Accordingly, the matter is presently set before this Court on May 11, 2007.

Government counsel is unavailable on May 11, 2007, and defense counsel will be out of state on May 18, 2007. The government recently produced in discovery an immigration file that is nearly 600 pages long and that defense counsel wishes to review prior to appearing before this

CR 07-0209 SI; STIP TO CONTINUE AND
EXCLUDE TIME                              1

Court.  In addition, the parties have begun discussing a potential resolution to the case and wish to be in a position to advise the Court whether an agreement has been reached.

Accordingly, the parties agree and stipulate the status conference presently set for May 11, 2007 should be continued to May 25, 2007.  The parties further agree and stipulate that the time from May 11, 2007 through May 25, 2007 should be excluded under the Speedy Trial Act to facilitate continuity and effective preparation of counsel.

IT IS SO STIPULATED.

Dated: \_\_\_\_\_/s/_____
BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated: \_\_\_\_\_/s/_____
SCOTT N. SCHOOLS
United States Attorney
BRIGID MARTIN
Assistant United States Attorney

**ORDER**

Accordingly, and for good cause shown, the Court orders that the status conference in this matter presently scheduled for May 11, 2007 shall be continued to May 25, 2007 at 11:00 AM. The Court further orders that the time from May 11, 2007 through May 25, 2007 shall be excluded under the Speedy Trial Act.  The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  This finding is based on the Court's determination that the failure to grant the continuance would inhibit continuity of government and defense counsel, and would deny counsel for the defendant the reasonable time necessary for effective preparation of his defense, taking into

///

///

CR 07-0209 SI; STIP TO CONTINUE AND
EXCLUDE TIME                                       2

account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO ORDERED.

Dated: _____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

CR 07-0209 SI; STIP TO CONTINUE AND
EXCLUDE TIME                              3