SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

BRIGID S. MARTIN (CASBN 231705)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7129
    Facsimile: (415) 436-7234
    Email: brigid.martin2@usdoj.gov

Attorneys for Plaintiff

FILED
MAY 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICARDO PEREZ-GARCIA, <br> a/k/a Hector Garcia, <br> a/k/a Juan Reyes, <br><br> Defendant. | No. CR 07-0209 SI <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

    The United States and defendant Ricardo Perez-Garcia, a/k/a Juan Reyes, stipulate to exclusion of time under the Speedy Trial Act from May 9, 2007 to May 11, 2007, as follows:

    1.    On May 9, 2007, the parties appeared for a detention hearing before the Magistrate Judge and the defendant waived detention.

    2.    At this appearance, the government requested, the defendant agreed, and the Court approved, an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from May 9, 2007 to May 11, 2007. The grounds for exclusion were under 18 U.S.C. § 3161(h)(8)(A) &

SPEEDY TRIAL ACT STIP.
CR 07-0209 SI

(B)(iv). Failure to grant the requested exclusion of time would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the parties agree that the ends of justice served by excluding the period from May 9, 2007 to May 11, 2007, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    3.    A proposed Order is submitted with this stipulation.

DATED: May 15, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/ Brigid Martin
BRIGID S. MARTIN
Special Assistant United States Attorney

/s/ Josh Cohen
JOSH COHEN
Assistant Federal Public Defender
Counsel for Defendant
Tel: 415.436.7700

SPEEDY TRIAL ACT STIP.
CR 07-0209 SI