```
SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

BRIGID S. MARTIN (CASBN 231705)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone:  (415) 436-7129
    Facsimile:  (415) 436-7234
    Email: brigid.martin2@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RICARDO PEREZ-GARCIA,<br>    a/k/a Hector Garcia,<br>    a/k/a Juan Reyes,<br><br>    Defendant. | No. CR 07-0209 SI<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

       The United States and defendant Ricardo Perez-Garcia, a/k/a Juan Reyes, stipulate to exclusion of time under the Speedy Trial Act from May 25, 2007 to June 22, 2007, as follows:

       1.     On May 25, 2007, the parties appeared for before the Court.

       2.     At this appearance, the defendant requested, the government agreed, and the Court approved, an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from May 25, 2007 to June 22, 2007. The grounds for exclusion were under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Failure to grant the requested exclusion of time would unreasonably deny defense

SPEEDY TRIAL ACT STIP.
CR 07-0209 SI

1 | counsel reasonable time necessary for effective preparation, taking into account the exercise of
2 | due diligence.  Furthermore, the parties agree that the ends of justice served by excluding the
3 | period from May 25, 2007 to June 22, 2007, outweigh the best interest of the public and the
4 | defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

5       3.     A proposed Order is submitted with this stipulation.

7 | DATED:  May 29, 2007       Respectfully submitted,

8 |       SCOTT N. SCHOOLS
      United States Attorney

10 |       /s/ Brigid Martin
      BRIGID S. MARTIN
11 |       Special Assistant United States Attorney

/s/ Josh Cohen
12 | JOSH COHEN
Assistant Federal Public Defender
13 | Counsel for Defendant
Tel: 415.436.7700

SPEEDY TRIAL ACT STIP.
CR 07-0209 SI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICARDO PEREZ-GARCIA,<br>    a/k/a Hector Garcia,<br>    a/k/a Juan Reyes,<br><br>    Defendant. | No. CR 07-0209 SI<br><br>[PROPOSED] ORDER EXCLUDING TIME UNDER<br>THE SPEEDY TRIAL ACT |

Based upon the Stipulation of defendant Ricardo Perez-Garcia, a/k/a Juan Reyes, and the United States, and for good cause shown, IT IS HEREBY ORDERED that time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), is excluded from May 25, 2007 to June 22, 2007, under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). The Court finds that the failure to grant this exclusion of time would unreasonably deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: _____      _____
    SUSAN ILLSTON
    United States District Court Judge

SPEEDY TRIAL ACT STIP.
CR 07-0209 SI